# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF WISCONSIN

| | |
|---|---|
| L.B. White Company, Inc., <br><br> Plaintiff, <br><br> v. <br><br> The GSI Group, LLC, <br><br> Defendant. | Civil Case No. 17-cv-42 <br><br> Demand For Jury Trial |

## STIPULATION FOR DISMISSAL

The Plaintiff, L.B. White Company, Inc. ("LBW") and the Defendant, The GSI Group, LLC ("GSI") (collectively "the Parties"), stipulate and agree that the above-captioned litigation between the Parties ("the Litigation") has been settled and that the Court may dismiss this lawsuit without prejudice, with each party to bear its own attorney fees and costs incurred in the Litigation.

Dated this 1st day of February, 2018.

        *s/*     *Harry E. Van Camp*
**DEWITT ROSS & STEVENS S.C.**
Harry E. Van Camp (#1018568)
Elijah B. Van Camp (# 1100259)
Two East Mifflin Street, Suite 600
Madison, WI  53703-2865
608-255-8891
**Attorneys for Plaintiff**

        *s/*     *Scott R. Brown*
**HOVEY WILLIAMS LLP**
Scott R. Brown, (*pro hac vice*)
10801 Mastin Blvd., Suite 1000
Overland Park, KS 66210
Telephone: (913) 647-9050
Fax: (913) 647-9057

sbrown@hoveywilliams.com

Shane A. Brunner
MERCHANT & GOULD, PC
10 East Doty Street, Suite 600
Madison, WI 53703
Telephone: (608) 280-6753
sbrunner@merchantgould.com
**Attorneys for Defendant**